1016

## PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

■

**UNITED STATES of America, Appellant, v. CAMERON, JOYCE & CO.**

No. 11166.

Circuit Court of Appeals, Eighth Circuit.

March 28, 1938.

E. G. Moon, U. S. Atty., of Ottumwa, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa.

J. O. Boyd, of Keokuk, Iowa, for appellee.

## PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this Court, on motion of appellant, and certificate of Clerk of United States District Court.

■

**UNITED STATES of America, Appellant, v. CAMERON, JOYCE & CO.**

No. 11167.

Circuit Court of Appeals, Eighth Circuit.

March 28, 1938.

E. G. Moon, U. S. Atty., of Ottumwa, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa.

J. O. Boyd, of Keokuk, Iowa, for appellee.

## PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this Court, on motion of appellant, and certificate of Clerk of United States District Court.

■

**UNITED STATES of America, Appellee, v. Henry COHEN, Appellant, Impleaded with George D. Brott and Harry E. Price, Defendants.**

No. 371.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

Murray Kreindler, of New York City (M. S. Gottesman, of New York City, of counsel), for appellant Henry Cohen.

Robert P. Butler, U. S. Atty., and V. J. Sacco, Asst. U. S. Atty., both of Hartford, Conn.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

## PER CURIAM.

Judgment affirmed.

■

**UNITED STATES of America, Plaintiff-Appellee, v. Sam COHN et al., Defendants-Appellants.**

No. 256.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

Harry Loeb, Mostow, of New York City, for appellants.

Thurman Arnold, Asst. Atty. Gen., John Harlan Amen, Sp. Asst. to Atty. Gen., and John A. Skiles, of Washington, D. C., and Moses M. Lewis, of New York City, Sp. Attys.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

## PER CURIAM.

Judgment affirmed.